Robert C. Weiss (State Bar No. 39929)
rcweiss@jonesday.com
Anna E. Raimer (State Bar No. 234794)
aeraimer@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:   (213) 489-3939
Facsimile:    (213) 243-2539

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAG INSTRUMENT, INC., a California corporation, | Case No. CV09-01268 VAP (OPx) |
|---|---|
| Plaintiff, | **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| ELENA MAVROMARAS-HOLMES, an individual, d/b/a TOUCH AND GO PILOT SUPPLY, | |
| Defendant. | |

WHEREAS, plaintiff Mag Instrument, Inc. ("Mag Instrument") and defendant Elena Mavromaras-Holmes d/b/a Touch and Go Pilot Supply ("Touch and Go") have agreed in a separate agreement to settlement of the matters in issue between them and to the entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. This is an action for: (1) federal trademark infringement, federal false designation of origin, federal trademark dilution, and false advertising under the Lanham Act, as amended, 15 U.S.C. § 1051, *et seq.*; (2) trademark infringement under California Business and Professions Code § 14245; (3) trademark dilution under California Business and Professions Code § 14247; (4) statutory unfair competition under California Business and Professions Code § 17200, *et seq.*; and (5) common law trademark infringement and unfair competition.

2. This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367(a), as well as 15 U.S.C. § 1121(a). This Court has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction. Venue is also proper in this Court pursuant to 28 U.S.C. §§ 1391(b).

3. Mag Instrument is a California corporation, having its principal place of business at 2001 South Hellman Avenue, Ontario, California 91761.

4. Elena Mavromaras-Holmes is an individual operating under the fictitious business name Touch and Go Pilot Supply, which has its principal place of business at 9214 Memorial Valley Drive, Spring, Texas 77379.

5. Touch and Go has used, marketed, distributed, advertised, promoted, offered for sale, and/or sold commercially in interstate commerce various lighting products (the "TAG Lighting Products") under the trademarks "MAG-LITE," "MAGLITE," "MAGLITE and design" and Mag Instrument's Panther Head Design. These lighting products include a "Nano Red LED Flashlight," a "Pop-Light Illuminated Magnifier," a "Photon Micro-Light II," a "Micro White LED Flashlight,"

1 and an "Airport Lineman's Wand." The TAG Lighting Products were neither
2 manufactured nor authorized by plaintiff Mag Instrument.

3     6.     For many years, and prior to the acts of Touch and Go discussed herein,
4 Mag Instrument has continuously manufactured, advertised, assembled, marketed,
5 sold, and distributed, in interstate commerce, a line of flashlights, including, but not
6 limited to, a line of flashlights under the distinctive trademarks MAG-LITE®,
7 MAGLITE®, MAGLITE® and design, and the Panther Head Design ("Mag
8 Instrument's Trademarks").

9     7.     Plaintiff Mag Instrument has obtained, and is the owner of, federal
10 registrations for Mag Instrument's Trademarks, including United States Trademark
11 Registration No. 1,154,816 for "MAG-LITE," United States Trademark Registration
12 No. 1,928,819 for the Panther Head Design, United States Trademark Registration
13 No. 2,485,515 for "MAGLITE," and United States Trademark Registration No.
14 2,622,179 for the stylized "MAGLITE." Mag Instrument's Trademarks are valid,
15 enforceable and incontestable throughout the United States, and the registrations for
16 these trademarks remain in full force and effect.

17     8.     Mag Instrument's Trademarks have acquired secondary meaning in that
18 they have come to be associated by the trade and consuming public exclusively with
19 Mag Instrument and, as a result, have come to signify Mag Instrument as the source
20 of flashlights bearing the same or similar characteristics.

21     9.     In addition to its federal trademark registrations, Mag Instrument also
22 owns, among others, California State Registration No. 60569 for "MAG-LITE,"
23 which is valid and enforceable. (Hereinafter, "Mag Instrument's Trademarks" refers
24 to Mag Instrument's California and federal registrations.)

25     10.     Defendant Touch and Go has improperly used Mag Instrument's
26 Trademarks in association with the TAG Lighting Products. Defendant's use,
27 marketing, distribution, advertising, promotion, offer for sale, and/or sale of the TAG
28 Lighting Products is therefore likely to cause, and has caused, confusion, mistake,

and deception among the consuming public that the TAG Lighting Products are commissioned by, sponsored by, or affiliated with Mag Instrument.

11. Touch and Go's use of Mag Instrument's Trademarks constitutes trademark infringement of Mag Instrument's federally registered trademarks in violation of the Lanham Act, 15 U.S.C. §1051, *et seq.*, to the substantial and irreparable injury of the public and of plaintiff Mag Instrument's business reputation and goodwill.

12. By using, marketing, distributing, advertising, promoting, offering for sale, and/or selling the TAG Lighting Products, Touch and Go has infringed on Mag Instrument's federal, state and common law trademark rights in Mag Instrument's Trademarks in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a), and under California Business and Professions Code § 14245, as such acts are likely to deceive, and have deceived, customers and prospective customers into believing that the TAG Lighting Products are from, sponsored by, or affiliated with Mag Instrument.

13. Mag Instrument's Trademarks are distinctive and famous marks.

14. Touch and Go began marketing, distributing, advertising, promoting, offering for sale, and/or selling the TAG Lighting Products subsequent to Mag Instrument's Trademarks becoming distinctive and famous.

15. Touch and Go's commercial use in commerce of Mag Instrument's Trademarks in connection with other lighting products has caused the dilution of the distinctive quality of Mag Instrument's Trademarks in violation of 15 U.S.C. § 1125(c) and California Business and Professions Code § 14247.

16. Touch and Go's use, marketing, distributing, advertising, promoting, offering for sale, and/or sale of lighting products using Mag Instrument's Trademarks also constitutes false designation of origin, false advertising, statutory unfair competition in violation of California Business & Professions Code § 17200, *et seq.*, common law trademark infringement, and common law unfair competition.

17. Touch and Go, its owners, officers, directors, agents, servants, employees, attorneys, and all persons and/or entities acting for, with, by, through, and/or in concert and participation with them, or any of them, are hereby permanently enjoined from engaging in any of the following activities:

    A. using Mag Instrument's Trademarks, and/or any other designation that is a colorable imitation of and/or is confusingly similar to Mag Instrument's Trademarks, in connection with the manufacture, advertising, distribution, marketing, importation, offering for sale, and/or sale of products neither originating from nor authorized by Mag Instrument;

    B. using Mag Instrument's Trademarks, and/or any other designation that is a colorable imitation thereof, in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

    C. representing in any manner, or by any method whatsoever, that Defendant is in any way affiliated with Mag Instrument, or that the goods, services, or other products provided by Defendant are sponsored, approved, authorized by, or originate from Mag Instrument, unless such products are Mag Instrument products, or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or certification of such goods or services;

    D. committing any acts calculated or likely to cause consumers to believe that Touch and Go's products are Mag Instrument's products or are authorized by Mag Instrument, unless they are such;

    E. infringing, diluting and/or tarnishing the distinctive quality of Mag Instrument's Trademarks; and

    F. unfairly competing with Mag Instrument in any manner.

18. Service by mail upon Touch and Go, addressed to Elena Mavromaras-Holmes, Touch and Go Pilot Supply, 9214 Memorial Valley Drive, Spring, Texas 77379, of a copy of this Consent Judgment and Permanent Injunction entered by the

1 Court is deemed sufficient notice under Federal Rule of Civil Procedure 65. It shall
2 not be necessary for Touch and Go to sign any form of acknowledgement of service.
3     19.    The parties shall bear their own attorneys' fees and costs.
4 **IT IS SO ORDERED:**

Dated: September 18, 2009

By: *Virginia A. Phillips*
Hon. Virginia A. Phillips
United States District Court Judge

Approved as to form and content:

Dated: August __, 2009          JONES DAY

By: _____
    Robert C. Weiss

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

Dated: August __, 2009          TOUCH AND GO PILOT SUPPLY

By: _____
    Elena Mavromaras-Holmes